# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EX REL. ANTONIO BUNDY,                    : No. 82 EM 2015
:
                Petitioner                    :
:
:
:
                v.                             :
:
:
:
BARBARA A. CERMELE,                        :
PROTHONOTARY OF CITY OF                    :
PHILADELPHIA,                             :
:
                Respondent                    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.